

# Fourth Court of Appeals
## San Antonio, Texas

September 20, 2019

No. 04-19-00288-CV

**DCP SAND HILLS PIPELINE, LLC,**
Appellant

v.

**SAN MIGUEL ELECTRIC COOPERATIVE, INC.,**
Appellee

From the 36th Judicial District Court, McMullen County, Texas
Trial Court No. M-16-0033-CV-A
Honorable Starr Boldrick Bauer, Judge Presiding

# O R D E R

Appellant has filed an Emergency Motion to Extend Time for Enforcement of Injunction, asking this court to extend the time in which appellant must remove its pipeline pursuant to the trial court's final judgment in light of what appellant argues is appellee's delay in posting a letter of credit as a reverse-supersedeas bond. "Even after the trial court's plenary power expires, the trial court has continuing jurisdiction to . . . if circumstances change, modify the amount or type of security required to continue the suspension of a judgment's execution." TEX. R. APP. P. 24.3. Because the trial court has continuing jurisdiction to address appellant's concern, appellant should seek relief from the trial court. Accordingly, appellant's emergency motion is DENIED.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 20th day of September, 2019.

_Keith E. Hottle_
KEITH E. HOTTLE,
Clerk of Court